SPRING 1812.
I. District.

MILNE
vs.
AMELUNG'S
SYNDICS.

* * * * *

## BROFIELD'S HEIRS vs. LYND.

JUDGMENT had been obtained and execution issued before intelligence arrived of the declaration of war by the United States against Great Britain. On a suggestion that the plaintiffs were subjects of the king of Great Britain, and are therefore alien enemies,

*If after execution issued the plaintiffs become alien enemies, the Court will not interfere on a summary application.*

*Livingston*, for the defendant, moved that the execution be staid, on the ground that an alien enemy has no right of action whatever during the war. *Wilcox & al.* vs. *Henry.* 1 *Dallas*, 71.

*Duncan*, contra. The defendant cannot take advantage of this in this way. The court of King's Bench, in *Vanbrynen & al.* vs. *Wilson*, refused to stay judgment and execution on a summary application, because the plaintiffs after verdict became alien enemies. 9 *East*, 321. This is a stronger case against relief: for judgment has been given

SPRING 1812. and execution issued. *Le Bret* vs. *Lapollon*, 4
I. District. *East*, 521, is also a case in point.

MOTION OVERRULED.